City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Nicolas Franko, Defendant-Appellant, and Russell Wallace, Defendant.

Gen. No. 51,160. 

First District, Third Division.

June 1, 1967.

 Sidney S. Altman, of Chicago, for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin and Marvin E. Aspen, Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.